IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00118-JB-N |
| | ) |
| **STACIE RICE CHANDLER,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **STACIE RICE CHANDLER**, by consent (Doc.167) appeared along with her counsel of record, Arthur Madden, before the undersigned Magistrate Judge on December 6, 2024, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count Two and Count Six of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Sections 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual)) and 841(a)(1) (Possession with Intent to Distribute Fentanyl), respectively.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **STACIE RICE CHANDLER**, be adjudged guilty and have sentence imposed accordingly. Defendant's sentencing hearing before Chief District Judge Jeffrey U.

Beaverstock is set for **March 18, at 9:00 a.m. (CST)**, pending the adoption of this Report and Recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

 **DONE** this the 6th day of December.

         */s/ Katherine P. Nelson*
         **KATHERINE P. NELSON**
         **UNITED STATES MAGISTRATE JUDGE**