**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

UNITED STATES OF AMERICA        :

vs.                                              :   CRIMINAL NO.: 1:24-00118-JB-N

STACIE RICE CHANDLER         :

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson and without any objection having been filed by the parties, the plea of guilty of the Defendant **Stacie Rice Chandler**, to Counts Two and Six of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **March 18 at 9:00 a.m. (Central) in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this 20th day of December 2024.

s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE